# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 15-1080** | **September Term, 2014** |
| | **FCC-15-35** |
| | **Filed On: April 7, 2015** [1546150] |

Neustar, Inc.,

    Petitioner

    v.

Federal Communications Commission and
United States of America,

    Respondents

**O R D E R**

    The petition for review in this case was filed and docketed on April 6, 2015, and assigned the above number. It is, on the court's own motion,

    **ORDERED** that petitioner submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 7, 2015 |
| Docketing Statement Form | May 7, 2015 |
| Procedural motions, if any | May 7, 2015 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 7, 2015 |
| Statement of Issues to be Raised | May 7, 2015 |
| Underlying Decision from Which Appeal or Petition Arises | May 7, 2015 |
| Dispositive Motions, if any (Original and 4 copies) | May 22, 2015 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 15-1080** | **September Term, 2014** |

It is

    **FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form | May 7, 2015 |
| Procedural motions, if any | May 7, 2015 |
| Certified Index to the Record | May 22, 2015 |
| Dispositive Motions, if any (Original and 4 copies) | May 22, 2015 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondents a certified copy of this order and a copy of the petition for review.

FOR THE COURT:
Mark J. Langer, Clerk

BY:  /s/
John J. Accursio
Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases