# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 15-1080                                                            September Term, 2014

FCC-15-35

Filed On: August 19, 2015 [1568567]

Neustar, Inc.,

    Petitioner

    v.

Federal Communications Commission and
United States of America,

    Respondents

------------------------------

CTIA - The Wireless Association, et al.,
    Intervenors

## O R D E R

Upon consideration of the joint motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioner's Brief | September 21, 2015 |
| Respondents' Brief | October 28, 2015 |
| Intervenor for Respondents' Brief | November 12, 2015 |
| Petitioner's Reply Brief | November 25, 2015 |
| Deferred Appendix | December 3, 2015 |
| Final Briefs | December 17, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
     Michael C. McGrail
     Deputy Clerk